**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 93 EM 2017
:
Respondent :
:
:
:
v. :
:
:
:
CLEATUS T. MILTON, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of October, 2017, the King's Bench Petition, Application for Relief, and Application for an Evidentiary Hearing are DENIED.